

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MARK HERNANDEZ, | § | No. 08-13-00277-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 41ST JUDICIAL DISTRICT COURT |
| | § | |
| THE STATE OF TEXAS, | § | of El Paso, Texas |
| | § | |
| State. | § | (TC# 20120D03363) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until

**August 1, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before August 1, 2014.

IT IS SO ORDERED this 2nd day of July, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.